## IN THE UNITED STATES DISTRICT COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on
behalf of a class of all persons and entities
similarly situated,

          Plaintiff

vs.

JOSCO ENERGY USA, LLC

          Defendant.

Case No. 21-cv-1322

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANTHONY PARONICH

Anthony I. Paronich hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). In support of this motion, undersigned counsel attaches his Affidavit for Admission Pro Hac Vice, which satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

__/s/ *Anthony I. Paronich*_____
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 8, 2021, I caused the foregoing to be electronically filed

with the Clerk of the United States District Court for the Western District of Pennsylvania using

the CM/ECF system, which will send notification of such filing to all counsel of record.

__/s/ *Anthony I. Paronich*_____
Anthony I. Paronich