IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSCO ENERGY USA, LLC,<br><br>        Defendant. | Civil Action No. 2:21-cv-01322-JFC |

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN W. MCGUINNESS

John W. McGuinness, undersigned counsel for Defendant JOSCO ENERGY USA, LLC, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Josco Energy USA, LLC, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of John W. McGuinness filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: November 22, 2021             Respectfully submitted,

                                                    By: */s/ John W. McGuinness*
                                                     John W. McGuinness, Bar No. 980331
                                                     MANATT, PHELPS & PHILLIPS, LLP
                                                     1050 Connecticut Ave. NW
                                                     Suite 600
                                                     Washington, D.C.  20036
                                                     Telephone: 202-585-6500
                                                     Facsimile: 202-585-6600
                                                     JMcGuinness@manatt.com

                                                     Counsel for Defendant
                                                     Josco Energy USA, LLC

## **CERTIFICATE OF SERVICE**

      The undersigned counsel for Defendant certifies that the foregoing document was served on all Parties and their counsel of record through the Court's CM/ECF filing system on November 22, 2021.

                                            */s/ John W. McGuinness*
                                            John W. McGuinness