## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>JOSCO ENERGY USA, LLC,<br><br>       Defendant. | Civil Action No. 2:21-cv-01322-JFC |

### MOTION FOR ADMISSION *PRO HAC VICE* OF ALEXANDRA N. KRASOVEC

Alexandra N. Krasovec, undersigned counsel for Defendant JOSCO ENERGY USA, LLC, hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Josco Energy USA, LLC, in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Alexandra N. Krasovec filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: November 29, 2021                     Respectfully submitted,


By:    /s/ Alexandra N. Krasovec
        Alexandra N. Krasovec, Bar No. 279578
        MANATT, PHELPS & PHILLIPS, LLP
        2049 Century Park East
        Suite 1700
        Los Angeles, CA 90067
        Telephone:  213-312-4000
        Facsimile:  213-312-4224
        AKrasovec@manatt.com

        Counsel for Defendant
        Josco Energy USA, LLC

400862655.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for Defendant certifies that the foregoing document was served on all Parties and their counsel of record through the Court's CM/ECF filing system on November 29, 2021.

/s/ Alexandra N. Krasovec
Alexandra N. Krasovec

400862655.1